*Grindle, Jr., Assistant Attorney General, G. Keith Murphy,* amicus curiae.

## 33262. GOOLSBY v. GOOLSBY.

HALL, Justice.

Where undisputed figures show that for the six months prior to the divorce the former husband had averaged $884.80 net profit from his business, plus profit in an unknown amount on three houses taken in as part of a trade; and where he concedes that his business profits could be increased by some hundreds of dollars a month by reducing expenditures; and where he states that it costs him some $375-400 per month living expenses; and where former wife states that her monthly living expenses are $980.92, a jury verdict awarding her $475 per month alimony plus a house (on which former husband must pay $164 per month) plus a 1968 model automobile, is not excessive.

*Judgment affirmed. All the Justices concur.*

ARGUED FEBRUARY 14, 1978 — DECIDED APRIL 4, 1978.

*Smith, Geer, Brimberry & Kaplan, Stephen J. Kaplan,* for appellant.
*Black & Black, Eugene C. Black, Sr.,* for appellee.